NOT FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

NOV 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOHN HARPER,

      Plaintiff - Appellant,

  v.

WATSON & CHALIN
MANUFACTURING, INC.,

      Defendant - Appellee.

No. 25-4374

D.C. No. 3:25-cv-00435-YY

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Oregon
Karin J. Immergut, District Judge, Presiding

Submitted November 12, 2025[**]

Before:    SCHROEDER, RAWLINSON, and NGUYEN, Circuit Judges.

    John Harper appeals pro se from the district court's judgment dismissing his

diversity action alleging breach of an implied warranty of merchantability. We

have jurisdiction under 28 U.S.C. § 1291. We affirm.

---

    [*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Because Harper does not challenge the district court's grounds for dismissal of his action in his opening brief, we do not consider that decision. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) (explaining that "we will not consider any claims that were not actually argued in appellant's opening brief"); *Acosta-Huerta v. Estelle*, 7 F.3d 139, 144 (9th Cir. 1993) (issues not supported by argument in pro se appellant's opening brief are deemed abandoned).

The district court did not abuse its discretion in denying as moot Harper's motion for leave to amend the complaint. *See Cervantes v. Countrywide Home Loans, Inc.*, 656 F.3d 1034, 1041 (9th Cir. 2011) (setting forth standard of review).

We reject as unsupported by the record Harper's contention that the magistrate judge was biased. *See Liteky v. United States*, 510 U.S. 540, 555 (1994) (explaining that judicial rulings alone rarely support an allegation of bias).

All pending motions and requests are denied.

**AFFIRMED.**